IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH OATES, | ) | Case No. 8:16CV219 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DILLON COMPANIES, INC. dba | ) | |
| BAKER'S SUPERMARKETS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel for the parties, **IT IS ORDERED:**

1. On or before **March 13, 2017,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for September 11, 2017, and the jury trial set for the week of October 17, 2017, are cancelled upon the representation that this case is settled.

Dated: February 9, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge