## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEITH OATES, an individual, ) | |
| ) | Case No. 16-cv-219 |
| Plaintiff, ) | |
| ) | Chief District Judge Laurie Smith Camp |
| ) | Magistrate Judge F.A. Gossett |
| v. ) | |
| ) | |
| DILLON COMPANIES, INC., D/B/A ) | JOINT STIPULATION FOR DISMISSAL |
| BAKER'S SUPERMARKETS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Keith Oates and Defendant Dillon Companies, Inc., d/b/a Baker's Supermarkets, by their undersigned counsel, hereby stipulate that this action shall be dismissed with prejudice. The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement. Each party shall pay their own court costs and attorneys' fees, except as contemplated by the settlement agreement.

/s/ *Jon Rehm*
Jon Rehm (23097)
Rehm, Bennett & Moore, P.C., L.L.O.
3701 Union Dr., #200
Lincoln, NE 68516
T: (402) 420-1400 / F: (402) 420-1508
E: jonrehm@rehmlaw.com

*Attorney for Plaintiff*

/s/ *Abigail M. Moland*
Abigail M. Moland (#23741)
Aaron A. Clark (#20045)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
T: (402) 633-9566 / F: (402) 952-9566
E: amoland@mcgrathnorth.com
aclark@mcgrathnorth.com

-and-
Faith C. Whittaker (*pro hac vice*)
Janay M. Stevens (*pro hac vice*)
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
T: 513.977.8200 / F: 513.977.8141
E: faith.whittaker@dinsmore.com
  janay.stevens@dinsmore.com
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                       /s/ Abigail M. Moland
                                       Abigail M. Moland